from ·Trial Term, New York County. Action by Henry Melhado against the Steel & Masonry Contracting Company. From a judgment for plaintiff, and from an order denying a new trial, defendant appeals. Reversed, and new trial ordered. H. M. Hitchings, of New York City, for appellant. Benjamin Berger, of New York City, for respondent.

PER CURIAM. Upon all the testimony in this case, the finding of the jury that the defendant was negligent is against the clear weight of the evidence. The judgment and order appealed from are therefore reversed, and a new trial ordered, with costs to the appellant to abide the event.

MENDALIS, Respondent, v. BERGER, Appellant. (Supreme Court, Appellate Division, Second Department. February 5, 1915.) Action by Nathan Mendalis against Morris Berger.

PER CURIAM. Judgment and order affirmed, with costs.

JENKS, P. J., and BURR, J., dissent.

MESSER v. BURSTEIN et al. (No. 6885.) (Supreme Court, Appellate Division, First Department. February 11, 1915.) Appeal from Special Term, New York County. Action by Fannie Messer against Charles Burstein and others. From an order permitting defendants to interpose an amended answer, plaintiff appeals. Modified and affirmed. Hugo Wintner, of New York City, for appellant. Joseph F. Murray, of New York City, for respondents.

PER CURIAM. The order appealed from should be modified, by imposing as a condition for allowing the defendants to serve an amended answer that said defendants pay full costs of the action up to the time of the service of the amended answer; the case to remain upon the calendar and to be tried when reached, as if the amendment had not been allowed. As so modified, order affirmed, without costs.

MESSMER v. HENRY W. BOETTGER SILK FINISHING CO. (Supreme Court, Appellate Division, First Department. January 29, 1915.) Action by William Messmer against Henry W. Boettger Silk Finishing Company. No opinion. Motion to dismiss appeal granted, with $10, costs, unless appellant comply with terms stated in order. Order filed. See, also, 150 N. Y. Supp. 1097.

MEYER v. HEDGES. (Supreme Court, Appellate Division, First Department. February 26, 1915.) Action by Ludwig Meyer against Dayton Hedges. No opinion. Motion for leave to argue appeals together granted.

MIDDLEBROOK, Respondent, v. BOSTON & M. R. R., Appellant. (Supreme Court, Appellate Division, Third Department. March 3, 1915.) Action by Walter L. Middlebrook against the Boston & Maine Railroad.

PER CURIAM. Judgment and order affirmed, with costs.

KELLOGG and WOODWARD, JJ., dissent.

MIDTOWN CONTRACTING CO. v. GOLDSTICKER et al. (Supreme Court, Appellate Division, First Department. February 11, 1915.) Action by the Midtown Contracting Company against Louis Goldsticker and others. No opinion. Motion denied, with $10 costs. Order filed. See, also, 150 N. Y. Supp. 809, 1097.

MILLER, Respondent, v. FARLEY, State Excise Com'r, et al., Appellants. (Supreme Court, Appellate Division, Third Department. March 3, 1915.) Action by Carl Louis Miller against William W. Farley, as Commissioner of Excise of the State of New York, and others. No opinion. Judgment unanimously affirmed, with costs, upon the authority of People ex rel. Henness v. Douglass, 143 App. Div. 750, 128 N. Y. Supp. 547.

MILLER v. HARVEY. (Supreme Court, Appellate Division, First Department. January 15, 1915.) Action by Charles E. Miller against George Harvey. No opinion. Motion granted. Order filed. See, also, 150 N. Y. Supp. 1097.

MILLER, Respondent, v. SOLVAY PROCESS CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 29, 1915.) Action by Fred M. Miller against the Solvay Process Company. No opinion. Order affirmed, with $10 costs and disbursements. See, also, 164 App. Div. 965, 149 N. Y. Supp. 1097.

MILLER et al., Respondents, v. ZANDER, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 27, 1915.) Action by Albert P. Miller and another against Frederick W. Zander. No opinion. Judgments (85 Misc. Rep. 499, 147 N. Y. Supp. 479) affirmed, with costs.

MILLS, Respondent, · v. BECK, Appellant. (Supreme Court, Appellate Division, Second Department. January 8, 1915.) Action by Mamie Mills against Maurice Beck. No opinion. Order affirmed, with $10 costs and disbursements. See, also, 151 N. Y. Supp. 1130.

MILLS, Respondent, v. BECK, Appellant. (Supreme Court, Appellate Division, Second Department. January 8, 1915.) Action by Mamie Mills against Maurice Beck. No opinion. Motion denied, without costs. See, also, 149 N. Y. Supp. 1097; 151 N. Y. Supp. 1130.

MINICH, Respondent, v. INTERNATIONAL RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 20, 1915.) Action by Sadie E. Minich against the International Railway Company. No opinion. Judgment and order affirmed, with costs. See, also, 150 N. Y. Supp. 1097.

In re MONTEGRIFFO. (Supreme Court, Appellate Division, First Department. February 19, 1915.) In the matter of Agostino H.